# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

|  |  |
|---|---|
| IN RE: § | **CHAPTER13 NO**<br>**18-03975-JAW** |
| § |  |
| **TERESA ANTOINETTE KELLY** § |  |
| **DEBTOR** § |  |

## NOTICE OF ADDRESS CHANGE

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). PLEASE TAKE NOTICE that the notice address and payment address for the below mentioned Creditor has changed. Please update the case and claims register with the new information outlined below.

| **VW CREDIT INC.** | **ClaimNumber 11-1** | **xxxx«1366»** |
|---|---|---|
| Creditor Name | Court Claim # | Last Four Digits of Acct.# |

**Prior Name and Address where notices should be sent:**

VW CREDIT INC.
PO BOX 9013
Addison, TX 75001

**Prior Name and Address where payments should be sent:**

VW CREDIT INC.
PO BOX 610353
Dallas, TX 75261

**Current Name and Address where notices should be sent:**

VW CREDIT INC.
PO BOX 9013
Addison, TX 75001

**Current Name and Address where payments should be sent:**

VW CREDIT INC.
P.O. Box 734400
Dallas, TX 75373

Dated: September 19, 2025

Respectfully submitted,
Bonial & Associates, P.C.

/s/ Natalie Lea
Natalie Lea
14841 Dallas Parkway, Suite 300
Dallas, Texas 75254
(972) 643-6600
(972) 643-6698 (Telecopier)
E-mail: POCInquiries@BonialPC.com
Authorized Agent for Creditor