**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN THE MATTER OF:                                                                                   CHAPTER 13 NO.:

TERESA ANTOINETTE KELLY                                                                18 – 03975 – JAW

**TRUSTEE'S MOTION TO DISMISS**

COMES NOW Trustee, Harold J. Barkley, Jr., and files his Motion to Dismiss the above styled and numbered case; and in support thereof would most respectfully show unto this Honorable Court as follows:

1. That, Debtor is in the final month of the Plan Term and must pay $3,500.00 to complete the Case and pay the mortgage current through October 2025.

2. That, Debtor should be required to remit same to the Trustee.

3. That, Debtor should also be responsible for direct payment of the post-petition mortgage starting November 1, 2025.

4. Other grounds to be shown at a hearing hereon.

WHEREFORE, PREMISES CONSIDERED, Trustee prays that this Motion be received and filed, and at a hearing hereon this Honorable Court will enter its Order sustaining Trustee's Motion, and for such other, further and general relief to which the Trustee and this bankruptcy estate may be entitled.

Dated:  October                10            , 2025

Respectfully submitted,

/s/Harold J. Barkley, Jr.
HAROLD J. BARKLEY, JR. – MSB #2008
CHAPTER 13 TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE:  601/362-6161
FAX:  601/362-8826
E-MAIL:  HJB@HBARKLEY13.COM

**C E R T I F I C A T E**

I, Harold J. Barkley, Jr., Trustee do hereby certify that I have this date mailed a true and correct copy of the foregoing pleading to the following parties by United States Mail, postage prepaid or by ECF Filing Notification:

Office of the U. S. Trustee
Ustpregion05.ja.ecf@usdoj.gov

Hon. Thomas C. Rollins, Jr.
trollins@therollinsfirm.com

Teresa Antoinette Kelly
154 Nottinghill Place
Canton, MS 39046

Dated: October      10      , 2025

/s/Harold J. Barkley, Jr.
HAROLD J. BARKLEY, JR.