**Fill in this information to identify the case:**

Debtor 1: TERESA ANTIONETTE KELLY

Debtor 2 (Spouse, if filing): 

United States Bankruptcy Court for the: SOUTHERN District of MS (State)

Case number: 18-03975-JAW

Official Form 410C13-N

# Trustee's Notice of Disbursements Made

12/25

The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).

## Part 1: Mortgage Information

Name of claim holder: CARRINGTON MORTGAGE

Court claim no. (if known): 7

Last 4 digits of any number you use to identify the debtor's account: 3 6 5 2

Property address: 154 NOTTINGHILL PLACE
Number  Street

CANTON    MS    39046
City      State  ZIP Code

## Part 2: Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached or may be accessed here: www.ndc.org (web address).

## Part 3: Arrearages

| | Amount |
|---|---|
| a. Allowed amount of prepetition arrearage: | $ 17,955.83 |
| b. Total amount of prepetition arrearage disbursed by the trustee: | $ 17,955.83 |
| c. Total amount of postpetition arrearage disbursed by the trustee: | $ 0.00 |
| d. Total amount of arrearages disbursed by the trustee: | $ 17,955.83 |

## Part 4: Postpetition Payments

*Check one:*

☐ Postpetition payments are made by the debtor.

☑ Postpetition payments are paid through the trustee.

☐ Other: _____

If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.

a. Total amount of postpetition payments disbursed by the trustee as of date of notice:   $ 102,896.37

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on OCTOBER 2025. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

## Part 5: Postpetition Fees, Expenses, and Charges

Amount of postpetition fees, expenses, and charges disbursed by the trustee:   $ 0.00

## Part 6: A Response Is Required by Bankruptcy Rule 3002.1(g)(3)

Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.

X _____[signature]_____   Date ___/___/_____
Signature

Trustee: HAROLD J BARKLEY, JR
First Name   Middle Name   Last Name

Address: PO BOX 4476
Number   Street

JACKSON   MS   39296-4476
City   State   ZIP Code

Contact phone (601) 362- 6161   Email HJB@HBARKLEY13.COM

---

Official Form 410C13-N   Trustee's Notice of Disbursements Made   page 2

## CERTIFICATE

I, Harold J. Barkley, Jr., Trustee do hereby certify that I have this date mailed a true and correct copy of the foregoing pleading to the following parties by United States Mail, postage prepaid or by ECF Filing Notification:

Office of the U. S. Trustee
Ustpregion05.ja.ecf@usdoj.gov

Hon. Thomas Carl Rollins, Jr.
trollins@therollinsfirm.com

Teresa Antoinette Kelly
154 Nottinghill Place
Canton, MS 39046

Karen A. Maxcy
karen.maxcy@mccalla.com

Carrington Mortgage Services, LLC
1600 South Douglass Road
Anaheim, CA 92806


Dated: December 5, 2025

/s/ Harold J. Barkley, Jr.
HAROLD J. BARKLEY, JR.