**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN THE MATTER OF:**                                                               **CHAPTER 13 NO.:**

**TERESA ANTOINETTE KELLY**                                 **18-03975 – JAW**

**TRUSTEE'S MOTION UNDER RULE 3002.1(G)(4) TO DETERMINE
FINAL CURE AND PAYMENT OF THE MORTGAGE CLAIM**

THAT, the Trustee states as follows:

1. The following information relates to the mortgage claim at issue:

    **Name of Claim Holder:**   Carrington Mortgage

    **Court Claim No.:**   7

    **Last 4 digits of any number used to identify the Debtor's account:**   3652

    **Property address:**   *154 Nottinghill Place*

    *Canton*                       *MS*                       *39046*
    **City**                       **State**                  **Zip Code**

2. As of the date of this Motion, the Trustee has disbursed payments to cure arrearages as follows:

    a. Allowed amount of the prepetition arrearage, if any:     $ 17,955.83

    b. Total amount of the prepetition arrearage disbursed:     $ 17,955.83

    c. Allowed amount of post petition arrearage:     $

    d. Total amount of post petition arrearage disbursed:     $

    e. Total amount of arrearages disbursed:     $ 17,955.83

3. As of the date of this motion, the Trustee has disbursed payments for post petitions fees, expenses, and charges as follows:

    a. Amount of post petition fees, expenses, and charges noticed under Rule 3002.1(c) and not allowed:     $

   b. Amount of post petition fees, expenses and charges
disbursed    $_____

4. As of the date of this motion, the Trustee made the following
Payments on the post petition obligations:    $ 102,896.37

5. That, the Debtor shall be responsible for post-petition payments beginning *December 1, 2025, in the amount o $1,327.50.*

6. Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-M24R.

7. I ask the court for an order under Rule 3002.1(g)(4) determining whether the debtor has cured all arrearages, if any, and paid all post petition amounts required by the plan to be made as of the date of this motion.

Dated:  December 23, 2025

Respectfully submitted,

  /s/ Harold J. Barkley, Jr.
HAROLD J. BARKLEY, JR. – MSB #2008
CHAPTER 13 TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE:  601/362-6161
FAX:  601/362-8826
E-MAIL:  HJB@HBARKLEY13.COM

**C E R T I F I C A T E**

I, Harold J. Barkley, Jr., Trustee do hereby certify that I have this date mailed a true and correct copy of the foregoing pleading to the following parties by United States Mail, postage prepaid or by ECF Filing Notification:

Office of the U. S. Trustee
Ustpregion05.ja.ecf@usdoj.gov

Hon. Thomas Carl Rollins, Jr.
trollins@therollinsfirm.com

Teresa Antoinette Kelly
154 Nottinghill Place
Canton, MS 39046

Karen A. Maxcy
Karen.maxcy@mccalla.com

Carrington Mortgage Services, LLC
1600 South Douglass Road
Anaheim, CA 92806


Dated: December 23, 2025

/s/ Harold J. Barkley, Jr.
HAROLD J. BARKLEY, JR.