## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPPI

| | |
|---|---|
| IN RE: | CHAPTER 13 NO: |
| **TERESA ANTIONETTE KELLY** | **18-03975-JAW** |

### TRUSTEE'S NOTICE OF COMPLETION OF PLAN PAYMENTS

PLEASE TAKE NOTICE that the above referenced Debtor(s) have made all plan payments required to complete the confirmed Chapter 13 plan, filed in the above styled and numbered bankruptcy proceeding.

Respectfully Submitted, this the **3RD day** of **March, 2026.**

*/s/ Harold J Barkley, Jr.*
Harold J. Barkley, Jr.
Chapter 13 Trustee
P. O. Box 4476
Jackson, Ms.  39296-4476
Tel: 601-362-6161
Fax: 601-362-8826