# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**   **Teresa Antoinette Kelly, Debtor**            **Case No. 18-03975-JAW**
                                                                        **Chapter 13**

## DEBTOR'S CERTIFICATION AND MOTION FOR ENTRY OF CHAPTER 13 DISCHARGE PURSUANT TO 11 U.S.C. §1328 (a) and (h)

**This motion seeks an order discharging the debtor(s) pursuant to § 1328(a) of the bankruptcy code. If you oppose this motion, you must file a response with the court within twenty-one (21) days from the date listed below in the certificate of service. Your response must set forth the specific factual allegations with which you disagree, and a copy of your response must be served on the debtor(s) and debtor's(s') attorney. If no timely response is filed, the court may grant this motion without holding a hearing. A timely response is necessary for a hearing to be held.**

1. By signing below, the debtor certifies under penalty of perjury that the following statements are true and correct:

   A. For cases filed on or after March 10, 2008, I have completed a personal financial management instructional course provided through an agency approved by the United States Trustee and have filed the certificate of completion provided by the course provider (in a joint case, both husband and wife must each complete the course and file a certificate of completion) or the approved personal financial management course provider has notified the court that I have completed a post-petition instructional course concerning personal financial management. **11 U.S.C. § 1328(g)**

   B. All pre-petition amounts owed by me on domestic support obligation ("Domestic Support Obligation" as defined at 11 U.S.C §101(14A)), if any, have been paid to the extent provided by the plan. All post-petition amounts owed by me on a domestic support obligation, if any, have been paid. **11 U.S.C §1328(a)**

   C. I have not received a discharge under chapter 7, 11 or 12 of the Bankruptcy Code in a prior case filed during the four-year period preceding the date that the petition was filed in this case. **11 U.S.C. §1328(f)(1)**

   D. I have not received a discharge under chapter 13 of the Bankruptcy Code in a prior case filed during the two-year period before the date that the petition was filed in this case. **11 U.S.C. §1328(f)(2)**

   E. I have not been convicted of a felony, the circumstances of which would demonstrate that the filing of this bankruptcy case constituted an abuse of the provisions of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(A)**

   F. If I owe a debt arising from: (i) any violation of any State or Federal securities laws, regulations or orders, (ii) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security, (iii) a civil remedy under 1964 of Title 18 of the United States Code, or (iv) that caused serious injury or death to another individual in the preceding five (5) years, in the preceding five (5) years, then I have not claimed an exemption for my/our residence in an amount in excess of the statutory cap as

prohibited by §522(q)(1) of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(B)**

 G. No proceeding is pending in which I may be found guilty of a felony of the kind described in §522(q)(1)(A) or in which I may be found liable for a debt of the kind described in §522(q)(1)(B). **11 U.S.C. §1328(h)(2)**

 H. I have made all payments required by my confirmed Chapter 13 plan.

2. Debtor hereby moves the court for the entry of a discharge order in this case.

Signed: /s/ Teresa Antoinette Kelly_____    03-04-2026____
    Teresa Antoinette Kelly            Date

    /s/Thomas C. Rollins, Jr._____   03-04-2026____
    Thomas C. Rollins, Jr., MS Bar No. 103469   Date
    Attorney for the Debtor
    The Rollins Law Firm, PLLC
    P.O. Box 13767
    Jackson, MS 39236
    601.500.5533

3. Mailing address for filing responses:

| Jackson Office: | Gulfport Divisional Office: |
|---|---|
| Danny L. Miller, Clerk | Danny L. Miller, Clerk |
| United States Bankruptcy Court | United States Bankruptcy Court |
| Thad Cochran US Courthouse | Dan M. Russell, Jr. U.S. Courthouse |
| 501 E Court St, Ste 2.300 | 2012 15th St, Suite 244 |
| Jackson, MS 39201 | Gulfport, MS 39501 |

### CERTIFICATE OF SERVICE

 On March 4, 2026, a copy of this pleading was served on each of the persons listed on the attached service list either by prepaid United States mail or via electronic service through the Court's EM/ECF system at the mailing addresses and/or email addresses indicated.

        /s/ Thomas C. Rollins, Jr._____
        Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

TERESA ANTOINETTE KELLY

CASE NO: 18-03975

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 3/4/2026, I did cause a copy of the following documents, described below,

Motion for Entry of Chapter 13 Discharge

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 3/4/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

TERESA ANTOINETTE KELLY

CASE NO: 18-03975

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13

On 3/4/2026, a copy of the following documents, described below,

Motion for Entry of Chapter 13 Discharge

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/4/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 18-03975
SOUTHERN DISTRICT OF MISSISSIPPI
WED MAR 4 9-44-31 PST 2026

EXCLUDE

~~(D)(P)CARRINGTON MORTGAGE SERVICE LLC~~
~~1600 S DOUGLAS RD SUITE 110~~
~~ANAHEIM CA 92806-5951~~

VW CREDIT INC
PO BOX 9013
ADDISON  TX 75001-9013

AUDI FINANCIAL SVCS
PO BOX 7498
LIBERTYVILLE  IL 60048-7498

CAPITAL ONE
PO BOX 60599
CITY OF INDUS  CA 91716-0599

DIRECTV  LLC
BY AMERICAN INFOSOURCE AS AGENT
4515 N SANTA FE AVE
OKLAHOMA CITY  OK 73118-7901

EXCLUDE

~~(D)(P)CARRINGTON MORTGAGE SERVICE LLC~~
~~1600 S DOUGLAS RD SUITE 110~~
~~ANAHEIM CA 92806-5951~~

MIDLAND FUNDING LLC
PO BOX 2011
WARREN  MI 48090-2011

NAVIENT
PO BOX 740351
ATLANTA  GA 30374-0351

(P)CARRINGTON MORTGAGE SERVICE LLC
1600 S DOUGLAS RD SUITE 110
ANAHEIM CA 92806-5951

(P)MCCALLA RAYMER LEIBERT PIERCE  LLC
ATTN ATTN WENDY REISS
1544 OLD ALABAMA ROAD
ROSWELL GA 30076-2102

EXCLUDE

~~US BANKRUPTCY COURT~~
~~THAD COCHRAN US COURTHOUSE~~
~~501 E COURT STREET~~
~~SUITE 2300~~
~~JACKSON  MS 39201-5036~~

BARCLAY
PO BOX 8803
WILMINGTON  DE 19899-8803

EXCLUDE

~~(D)(P)CARRINGTON MORTGAGE SERVICE LLC~~
~~1600 S DOUGLAS RD SUITE 110~~
~~ANAHEIM CA 92806-5951~~

FINANCIAL RECOVERY
PO BOX 385908
MINNEAPOLIS  MN 55438-5908

JPMORGAN CHASE BANK  NATIONAL ASSOCIATION
BANKRUPTCY DEPARTMENT
MAIL CODE LA4-5555
700 KANSAS LANE
MONROE  LA 71203-4774

(P)MOHELA
CLAIMS DEPARTMENT
633 SPIRIT DRIVE
CHESTERFIELD MO 63005-1243

NAVIENT SOLUTIONS  LLC ON BEHALF OF
UNITED STUDENT AID FUNDS  INC
GLHEC AND AFFILIATES
PO BOX 8961
MADISON  WI 53708-8961

EXCLUDE

~~(U)JPMORGAN CHASE BANK  NATIONAL ASSOCIATION~~

EXCLUDE

~~(U)JPMORGAN CHASE BANK  NATIONAL ASSOCIATION C~~

ARS NATIONAL SERVICES
PO BOX 463023
ESCONDIDO  CA 92046-3023

(P)CITIBANK
PO BOX 790034
ST LOUIS MO 63179-0034

CHASE
PO BOX 9001871
LOUISVILLE  KY 40290-1871

HOME DEPOT
PO BOX 790328
SAINT LOUIS  MO 63179-0328

(P)MENDELSON LAW FIRM
PO BOX 17235
MEMPHIS TN 38187-0235

(P)NATIONAL CREDIT SYSTEMS
ATTN BANKRUPTCY
PO BOX 672288
MARIETTA GA 30006-0039

(P)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

TJ MAXX
PO BOX 530948
ATLANTA  GA 30353-0948

(P)TRUSTMARK NATIONAL BANK
P O BOX 291
JACKSON MS 39205-0291

(P)TOWER LOAN
P O BOX 320001
FLOWOOD MS 39232-0001

~~EXCLUDE~~

~~(D)(P)TRUSTMARK NATIONAL BANK~~
~~P O BOX 291~~
~~JACKSON MS 39205-0291~~

~~EXCLUDE~~

~~(D)(P)MOHELA~~
~~CLAIMS DEPARTMENT~~
~~633 SPIRIT DRIVE~~
~~CHESTERFIELD MO 63005-1243~~

~~EXCLUDE~~

~~UNITED STATES TRUSTEE~~
~~501 EAST COURT STREET~~
~~SUITE 6-430~~
~~JACKSON  MS 39201-5022~~

VW CREDIT INC DBA AUDI FINANCIAL SERVICES
PO BOX 9013
ADDISON  TEXAS 75001-9013

WELLS FARGO
PO BOX 14517
DES MOINES  IA 50306-3517

WELLS FARGO BANK  NA
PO BOX 10438  MAC F823502F
DES MOINES  IA  50306-0438

~~EXCLUDE~~

~~HAROLD J BARKLEY JR~~
~~PO BOX 4476~~
~~JACKSON  MS 39296-4476~~

DEBTOR

TERESA ANTOINETTE KELLY
154 NOTTINGHILL PLACE
CANTON  MS 39046-8026

~~EXCLUDE~~

~~THOMAS CARL ROLLINS JR~~
~~THE ROLLINS LAW FIRM  PLLC~~
~~PO BOX 13767~~
~~JACKSON  MS 39236-3767~~