United States Bankruptcy Court
Southern District of Mississippi

In re:                                                                              Case No. 18-03975-JAW

Teresa Antoinette Kelly                                                             Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3                         User: mssbad                         Page 1 of 3
Date Rcvd: Mar 31, 2026                      Form ID: 3180W                       Total Noticed: 31

The following symbols are used throughout this certificate:

**Symbol       Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
               regulations require that automation-compatible mail display the correct ZIP.

++             Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Teresa Antoinette Kelly, 154 Nottinghill Place, Canton, MS 39046-8026 |
| 4582582 | ++ | TOWER LOAN, P O BOX 320001, FLOWOOD MS 39232-0001 address filed with court:, Tower Loan, 178 West Center, Canton, MS 39046 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: BKBCNMAIL@carringtonms.com | Mar 31 2026 19:37:00 | JPMorgan Chase Bank, National Association, Carrington Mortgage Services, LLC, Bankruptcy Department, 1600 South Douglass Road, Anaheim, CA 92806 |
| cr | | Email/Text: BankruptcyECFMail@mccalla.com | Mar 31 2026 19:37:00 | JPMorgan Chase Bank, National Association, c/o McCalla Raymer Leibert Pierce LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| cr | + | Email/Text: VWBKNotices@nationalbankruptcy.com | Mar 31 2026 19:37:00 | VW Credit Inc, P.O. Box 9013, Addison, TX 75001, UNITED STATES 75001-9013 |
| 4582569 | | Email/Text: legal@arsnational.com | Mar 31 2026 19:37:00 | ARS National Services, PO Box 463023, Escondido, CA 92046-3023 |
| 4582570 | | EDI: G2RSVOLKSWGN | Mar 31 2026 23:30:00 | Audi Financial Svcs, P.O. Box 7498, Libertyville, IL 60048-7498 |
| 4582571 | + | EDI: TSYS2 | Mar 31 2026 23:30:00 | Barclay, P.O. Box 8803, Wilmington, DE 19899-8803 |
| 5368047 | | Email/Text: BKBCNMAIL@carringtonms.com | Mar 31 2026 19:37:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806 |
| 4903568 | | Email/Text: BKBCNMAIL@carringtonms.com | Mar 31 2026 19:37:00 | JP Morgan Chase Bank, National Association, Carrington Mortgage Services, LLC, Bankruptcy Department, 1600 South Douglass Road, Anaheim, CA 92806 |
| 4582572 | | EDI: CITICORP | Mar 31 2026 23:30:00 | Best Buy, P.O. Box 183195, Columbus, OH 43218 |
| 4582573 | | EDI: CAPITALONE.COM | Mar 31 2026 23:30:00 | Capital One, P.O. Box 60599, City of Indus, CA 91716-0599 |
| 4582574 | + | EDI: JPMORGANCHASE | Mar 31 2026 23:30:00 | Chase, PO Box 9001871, Louisville, KY 40290-1871 |
| 4617234 | + | EDI: AIS.COM | Mar 31 2026 23:30:00 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 4582575 | + | Email/Text: data_processing@fin-rec.com | Mar 31 2026 19:37:00 | Financial Recovery, P.O. Box 385908, Minneapolis, MN 55438-5908 |

District/off: 0538-3    User: mssbad    Page 2 of 3

Date Rcvd: Mar 31, 2026    Form ID: 3180W    Total Noticed: 31

| 4582576 | + EDI: CITICORP | Mar 31 2026 23:30:00 | Home Depot, P.O. Box 790328, Saint Louis, MO 63179-0328 |
|---|---|---|---|
| 4616500 | + EDI: JPMORGANCHASE | Mar 31 2026 23:30:00 | JPMorgan Chase Bank, National Association, Bankruptcy Department, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 4582577 | Email/Text: cdavenport@lawmemphis.com | Mar 31 2026 19:37:00 | Mendelson Law Firm, PO Box 17235, Memphis, TN 38187 |
| 4582578 | Email/Text: EBN@Mohela.com | Mar 31 2026 19:37:00 | Mohela, P.O. Box 105347, Atlanta, GA 30348 |
| 4584997 | Email/Text: EBN@Mohela.com | Mar 31 2026 19:37:00 | US Dept of Education/MOHELA, 633 Spirit Dr, Chesterfield MO 63005 |
| 4617318 | + Email/Text: bankruptcydpt@mcmcg.com | Mar 31 2026 19:37:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 4582579 | Email/Text: bankruptcy@nationalcreditsystems.com | Mar 31 2026 19:37:00 | National Credit System, PO Box 312125, Atlanta, GA 31131 |
| 4582580 | EDI: MAXMSAIDV | Mar 31 2026 23:30:00 | Navient, P.O. Box 740351, Atlanta, GA 30374-0351 |
| 4602070 | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Mar 31 2026 19:37:00 | Navient Solutions, LLC. on behalf of, United Student Aid Funds, Inc., GLHEC and Affiliates, PO BOX 8961, Madison, WI 53708-8961 |
| 4618157 | EDI: PRA.COM | Mar 31 2026 23:30:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 4582581 | EDI: SYNC | Mar 31 2026 23:30:00 | TJ Maxx, P.O. Box 530948, Atlanta, GA 30353-0948 |
| 4587857 | Email/Text: bankruptcynotices@trustmark.com | Mar 31 2026 19:37:00 | TRUSTMARK NATIONAL BANK, P O BOX 291, JACKSON, MS 39205 |
| 4582583 | Email/Text: bankruptcynotices@trustmark.com | Mar 31 2026 19:37:00 | Trustmark, PO Box 522, Jackson, MS 39205-0522 |
| 4620801 | + Email/Text: VWBKNotices@nationalbankruptcy.com | Mar 31 2026 19:37:00 | VW Credit Inc. dba Audi Financial Services, PO Box 9013, Addison, Texas 75001-9013 |
| 4582584 | + EDI: WFHOME | Mar 31 2026 23:30:00 | Wells Fargo, PO Box 14517, Des Moines, IA 50306-3517 |
| 4610703 | EDI: WFCCSBK | Mar 31 2026 23:30:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 29

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION |
| cr | | JPMorgan Chase Bank, National Association c/o Carr |
| cr | *P++ | CARRINGTON MORTGAGE SERVICE LLC, 1600 S DOUGLAS RD SUITE 110, ANAHEIM CA 92806-5951, address filed with court:, Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806 |
| cr | *P++ | CARRINGTON MORTGAGE SERVICE LLC, 1600 S DOUGLAS RD SUITE 110, ANAHEIM CA 92806-5951, address filed with court:, Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

District/off: 0538-3                        User: mssbad                               Page 3 of 3

Date Rcvd: Mar 31, 2026                     Form ID: 3180W                          Total Noticed: 31

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2026                       Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2026 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| Harold J. Barkley, Jr. | on behalf of Trustee Harold J. Barkley  Jr. HJB@HBarkley13.com, hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Harold J. Barkley, Jr. | HJB@HBarkley13.com  hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Karen A. Maxcy | on behalf of Creditor JPMorgan Chase Bank  National Association c/o Carrington Mortgage Services, LLC karen.maxcy@mccalla.com, BankruptcyECFMail@mccallaraymer.com;mccallaecf@ecf.courtdrive.com |
| Karen A. Maxcy | on behalf of Creditor JPMorgan Chase Bank  National Association karen.maxcy@mccalla.com, BankruptcyECFMail@mccallaraymer.com;mccallaecf@ecf.courtdrive.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Teresa Antoinette Kelly trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 6

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Teresa Antoinette Kelly** | Social Security number or ITIN   **xxx–xx–3942** |
| | First Name     Middle Name     Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name     Middle Name     Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court for the **Southern District of Mississippi**

Case number:   **18–03975–JAW**

---

# Order of Discharge

**12/18**

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   **Teresa Antoinette Kelly**

   Dated: <u>3/31/26</u>

**By the court:**     <u>/s/Jamie A. Wilson</u>
                                    United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

   ♦ debts that are domestic support obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

---

Form 3180W                     **Chapter 13 Discharge**                     page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**